```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 07970
   JAMES F AMBROSE
   MAUREEN AMBROSE                             CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
           Debtor
   SSN XXX-XX-7908      SSN XXX-XX-4739


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/02/08 .

   2.  The case was dismissed without confirmation, 08/29/2008.

---------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
---------------------------------------------------------------------------
AMERICAN HOME MTGE           CURRENT MORTG         .00            .00            .00
AMERICAN HOME MTGE           MORTGAGE ARRE    NOT FILED           .00            .00
APPLIED CARD BANK            UNSECURED        NOT FILED           .00            .00
CAPITAL ONE BANK             UNSECURED        NOT FILED           .00            .00
CAVALRY SPV II LLC           UNSECURED        NOT FILED           .00            .00
CBCS                         UNSECURED        NOT FILED           .00            .00
CITIBANK                     UNSECURED        NOT FILED           .00            .00
CREDITOR PROTECTION ASSO     UNSECURED        NOT FILED           .00            .00
CREDITORS COLLECTION         UNSECURED        NOT FILED           .00            .00
DEPENDON COLLECTION SVC      UNSECURED        NOT FILED           .00            .00
FIRST PREMIER BANK           UNSECURED        NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE       UNSECURED        NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS        UNSECURED        NOT FILED           .00            .00
NICOR GAS                    UNSECURED        NOT FILED           .00            .00
RIVERSIDE FINANCE            UNSECURED        NOT FILED           .00            .00
UNIQUE NATIONAL COLLECTI     UNSECURED        NOT FILED           .00            .00
         Summary of disbursements:
---------------------------------------------------------------------------
                     SECURED      PRIORITY     UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00           .00
PRINCIPAL PAID          .00          .00          .00          .00           .00
INTEREST PAID           .00          .00          .00          .00           .00
TOTAL PAID              .00          .00          .00          .00           .00
The Debtor's attorney, TIMOTHY P WHELAN ESQ          , was allowed $        .00
and was paid $           .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/13/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```